**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL NO. 5:08-CV-143-RLV-DCK**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| McGILL'S PACKAGE AND PRODUCE ) | |
| and JERRY McGILL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*.

The parties were directed on July 14, 2009 by the Clerk to conduct an Initial Attorney's Conference and file their report within five (5) days of the conference. To date, the parties have not done so.

**IT IS THEREFORE ORDERED** that the parties shall have up to and including **Wednesday, October 7, 2009** to conduct their Initial Attorney's Conference, and five days from the date of the conference to file the report.

**SO ORDERED**.

Signed: September 23, 2009

David C. Keesler
United States Magistrate Judge